

AARON R. EASLEY
908-237-1660
aeasley@sessions.legal

April 12, 2024

**Via ECF**

Honorable Evelyn Padin
United States District Court
District of New Jersey
2 Federal Square
Newark, NJ 07102

      Re:    **Iveliz Morales v. Commonwealth Financial Systems, Inc.
            Case No. 2:22-CV-01319**

Dear Judge Padin:

      This letter serves to advise the parties have conferred and jointly request that this matter be dismissed without prejudice so that Plaintiff may file a new Complaint in the Superior Court of New Jersey.

SO ORDERED
___s/Evelyn Padin___
Evelyn Padin, U.S.D.J.

Respectfully submitted,

*/s/ Aaron R. Easley*
Aaron R. Easley, Esq.

Date: 4/15/2024

Clerk of Court shall TERMINATE motion to dismiss, D.E. 29, as moot, and shall CLOSE case.